R. Rex Parris Esq. (SBN 96567)
rrparris@rrexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
awheeler@rrexparris.com
Patricia K. Oliver, Esq. (SBN 193423)
poliver@rrexparris.com
Naomi C. Pontious, Esq. (SBN 288580)
npontious@rrexparris.com
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, CA 93534
Telephone: (661) 949-2595
Facsimile:  (661) 949-7524

Deborah A. Klar, Esq. (SBN 124750)
dklar@dklarlaw.com
2934 ½ N. Beverly Glen Circle, Suite 761
Bel Air, California 90077
Telephone:  (310) 858-9500

Attorneys for Defendant
DAVID COUCH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MORGAN STANLEY & CO., INCORPORATED and MORGAN STANLEY SMITH BARNEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID COUCH,<br><br>Defendant. | ) Case No.:  1:15-CV-01291-LJO-JLT<br>)<br>)<br>)<br>) **ORDER AND STIPULATION REGARDING**<br>) **PLAINTIFFS' APPLICATION FOR ORDER**<br>) **SHORTENING TIME AND BRIEFING**<br>) **SCHEDULE FOR PLAINTIFFS' MOTION FOR**<br>) **PRELIMINARY INJUNCTION AGAINST**<br>) **PROCEEDING IN FINRA ARBITRATION**<br>)<br>)<br>)<br>)<br>)<br>) |

**WHEREAS**, on September 2, 2015, Plaintiffs Morgan Stanley & Co., Incorporated and Morgan Stanley Smith Barney, LLC (collectively, "Morgan Stanley") filed Morgan Stanley's Motion for a Preliminary Injunction against Proceeding in FINRA Arbitration;

**WHEREAS**, on September 2, 2015, Morgan Stanley filed an *Ex Parte* Application for an Order Shortening Time on Morgan Stanley's Motion for a Preliminary Injunction against Proceeding in FINRA Arbitration;

**WHEREAS**, the original deadline of September 14, 2015 for Morgan Stanley to respond to Defendant's original Statement of Claim before FINRA is now moot due to Defendant's filing of an Amended Statement of Claim with FINRA on September 4, 2015.  The parties agree that pursuant to FINRA Rule 12207, Morgan Stanley's answer to the Amended Statement of Claim is due on October 5, 2015.

**WHEREAS**, the parties have met and conferred and agreed upon the following modified briefing schedule:

- Defendant David Couch will file his Opposition to Morgan Stanley's Motion for Preliminary Injunction on September 16, 2015 and;
- Morgan Stanley will file its Reply in support of its Motion for Preliminary Injunction on September 23, 2015.

///
///
///
///
///
///
///
///
///
///

1

1
2
3
4

**WHEREAS**, the parties have further agreed that in the event this Court has not ruled on Morgan Stanley's Motion for Preliminary Injunction before the close of business on October 2, 2015, the parties shall meet and confer regarding extending Morgan Stanley's deadline to respond to the Amended Statement of Claim.

5

**IT IS SO STIPULATED**

6
7

DATED:  September 9, 2015

8

By: /s/ Deborah A. Klar (authorized on 9/9/15)

9

Deborah A. Klar
Attorneys for Defendant

10
11
12

DATED: September 9, 2015

13

By: _____ /s/ Blake R. Bertagna _____

14

Blake R. Bertagna
Attorneys for Plaintiffs

15

16

**ORDER**

17

The above stipulation is approved.

18

**IT IS SO ORDERED**
**Dated: September 9, 2015**

19
20

**/s/ Lawrence J. O'Neill**
**United States District Judge**

21
22
23
24
25
26
27
28

2