# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORGAN STANLEY & CO., LLC, AND MORGAN STANLEY SMITH BARNEY, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID COUCH,**<br><br>Defendant. | 1:15-cv-1291-LJO-JLT<br><br>**ORDER TO SHOW CAUSE** |

On August 11, 2016, the Ninth Circuit affirmed this Court's order preliminarily enjoining Defendant David Couch from pursuing his claims in arbitration before the Financial Industry Regulatory Authority ("FINRA"). Doc. 36. The Ninth Circuit's mandate entered on September 6, 2016. Doc. 37.

After the Court entered its preliminary injunction, Plaintiffs Morgan Stanley & Co., LLC, and Morgan Stanley Smith Barney, LLC (collectively, "Morgan Stanley"), moved for summary judgment, arguing that Couch's FINRA arbitration proceedings should be enjoined permanently. Doc. 30-1.

Couch is ORDERED to show cause why the Court should not now permanently restrain and enjoin him from pursuing his FINRA arbitration claims. Couch's response to this order shall be filed on or before October 7, 2016. Morgan Stanley may file an optional response within fourteen days of Couch's filing his response.

The Clerk of Court is directed to lift the stay on this case.

IT IS SO ORDERED.

Dated: **September 21, 2016**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE