# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY & CO. LLC, et al., | Case No.: 1:15-cv-01291 LJO JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 57) |
| v. | |
| DAVIS COUCH, | |
| Defendant. | |

On January 18, 2017, the plaintiff notified the Court that the parties have settled the action. (Doc. 57) Part of the stipulation indicates that the plaintiffs will withdraw the motion for Rule 11 sanctions (Doc. 53) and the parties will bear their own costs and fees. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **March 3, 2017**;
2. The request to withdraw the motion for Rule 11 sanctions (Doc. 53) is **GRANTED**;
3. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **January 19, 2017**               /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE